1 | LAW OFFICES OF DEBORAH J. PIMENTEL
Deborah J. Pimentel
2 | Attorney at Law
CA SBN 115182
3 | 100 Park Place, Suite 200
San Ramon, CA  94583
4 | 510 917 2325 (telephone)
888 449 2585 (fax)
5
Attorney for Plaintiffs
6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10

11 | DANIEL C. ACIDERA and LEONARDA ACIDERA,   ) Case No.: C-09-03006 EMC
)
12 | Plaintiffs,) ORDER ON MOTION TO CONTINUE CASE
) MANAGEMENT CONFERENCE
13 | vs. )
) Date: October 14, 2009
14 | SCME MORTGAGE BANKERS, INC., GMAC, INC., ) Time: 1:30 p.m.
COUNTRYWIDE BANK (now BANK OF AMERICA, ) Dept: C, 15th Floor
15 | INC.),  HOMECOMINGS FINANCIAL, DOES )
1 – 10, DOE CORPORATIONS 1 – 10, Inclusive, )
16 | )
Defendants.) JURY TRIAL IS DEMANDED
17 | )

18

19 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiffs' Motion to Continue the

20 | Case Management Conference is

21 | GRANTED and is continued to ___12/16 at 2:30 p.m.___ ~~at 1:30 p.m.~~ in this

22 | Department. A joint CMC statement shall be filed by 12/9/09.  Plaintiffs are ordered to serve a copy
of this order upon all defendants immediately.
23 | Dated: October 13, 2009

24 | _____

25 | THE HONORABLE EDWARD M. CHEN
Magistrate Judge of the United States District Court

26

27

28

Acidera v. SCME, et al.,C-09-03006
ORDER on Plaintiff's Mot to Cont CMC

1