**United States District Court**
For the Northern District of California

1
2
3
4                UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6
7  DANILE ACIDERA, et al.,               No. C-09-3006 EMC
8          Plaintiffs,
9       v.                  **CLERK'S NOTICE**
10  SCME MORTGAGE, et al.,
11          Defendants.
12  _____/
13
14  TO ALL PARTIES AND COUNSEL OF RECORD:
15       YOU ARE NOTIFIED THAT the **CASE MANAGEMENT CONFERENCE** set for
16  December 16, 2009 at 2:30 p.m. is **reset** to **January 27, 2010 at 1:30 p.m.** before Magistrate Judge
17  Edward M. Chen, 450 Golden Gate Ave., 15th Floor, Courtroom C, San Francisco, CA 94102.  A
18  joint case management conference statement shall be filed by January 20, 2010.  Plaintiffs are
19  hereby directed to serve a copy of this notice upon defendants immediately.
20  Dated:  December 14, 2009         FOR THE COURT,
                            Richard W. Wieking, Clerk
21
22
23                 by: _____
                         Betty Lee
24                        Courtroom Deputy
25
26
27
28