LAW OFFICES OF DEBORAH J. PIMENTEL
Deborah J. Pimentel
Attorney at Law
CA SBN 115182
100 Park Place, Suite 200
San Ramon, CA  94583
510 917 2325 (telephone)
888 449 2585 (fax)

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. ACIDERA and LEONARDA ACIDERA,  ) | Case No.: C-09-03006 EMC |
| ) | |
| Plaintiffs,) | <u>MOTION  FOR EXENSIONOF TIME TO SERVE COMPLAINT</u> |
| ) | |
| vs.                                                            ) | |
| ) | |
| SCME MORTGAGE BANKERS, INC., GMAC, INC., ) | |
| COUNTRYWIDE BANK (now BANK OF AMERICA, ) | |
| INC.),   HOMECOMINGS FINANCIAL, DOES         ) | |
| 1 – 10, DOE CORPORATIONS 1 – 10, Inclusive,    ) | |
| ) | |
| Defendants.) | |

     Plaintiffs, Daniel C. Acidera and Leonarda Acidera, move the Court to allow them an additional 30 days to serve their Complaint, which was filed with the Court on July 6, 2009. The basis of this motion is as follows:

     An error was discovered in the complaint relating to allegations against defendant GMAC.  Plaintiff wishes to amend the complaint to rectify this error and a typographical error in the actual name of plaintiff Daniel Acidera.

     This motion is not made for the purpose of delay and no defendant will be prejudiced thereby.

     WHEREFORE, Plaintiffs' respectfully request an additional 30 days, or until February 24, 2010, to amend and serve the  Complaint on the defendants identified by that date.

     Dated:  January 25, 2010         Respectfully submitted,

                                                        THE LAW OFFICES OF DEBORAH J. PIMENTEL

                                                        _/s/_____
                                                        Deborah J. Pimentel
                                                       Attorney for Plaintiffs Daniel and Leonarda Acidera