UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL C. ACIDERA and LEONARDA ACIDERA,

                Plaintiffs,     Case No. C-09-03006 EMC

vs.

SCME MORTGAGE BANKERS, INC., GMAC, INC., COUNTRYWIDE BANK (now BANK OF AMERICA, INC.), HOMECOMINGS FINANCIAL, DOES1 – 10, DOE CORPORATIONS 1 – 10, Inclusive,

                Defendants.
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: January 25, 2010

                                      /s/_____
                                          Deborah J. Pimentel
                                          Attorney for Plaintiffs