LAW OFFICES OF DEBORAH J. PIMENTEL
Deborah J. Pimentel
Attorney at Law
CA SBN 115182
100 Park Place, Suite 200
San Ramon, CA  94583
925 705 8045 (ofc)
510 917 2325 (cell)
888 449 2585 (fax)

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. ACIDERA and LEONARDA ACIDERA, | Case No.: C-09-03006 EMC |
| Plaintiffs, | Motion to Dismiss Without Prejudice and Order Thereon |
| vs. | |
| SCME MORTGAGE BANKERS, INC., GMAC, INC., COUNTRYWIDE BANK (now BANK OF AMERICA, INC.), HOMECOMINGS FINANCIAL, DOES 1 – 10, DOE CORPORATIONS 1 – 10, Inclusive, | |
| Defendants. | |

    Plaintiffs hereby move this Court for a dismissal, without prejudice, of the above-entitled matter.

Dated this 24th day of February, 2010.    LAW OFFICES OF DEBORAH J. PIMENTEL

    /s/
Deborah J. Pimentel, Attorney for Plaintiffs

    GOOD CAUSE APPEARING, it is HEREBY ORDERED that the within matter is dismissed without prejudice and all future dates are withdrawn.

Dated:

_____
THE HONORABLE EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

_____
Acidera v. SCME Mortgage Bankers, et al.
Plaintiff's Motion to Dismiss without Prejudice and Order Thereon
1