1  LAW OFFICES OF DEBORAH J. PIMENTEL
   Deborah J. Pimentel
2  Attorney at Law
   CA SBN 115182
3  100 Park Place, Suite 200
   San Ramon, CA  94583
4  925 705 8045 (ofc)
   510 917 2325 (cell)
5  888 449 2585 (fax)

6  Attorney for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 DANIEL C. ACIDERA and LEONARDA ACIDERA, ) Case No.: C-09-03006 EMC
                                          )
12                            Plaintiffs, ) Motion to Dismiss Without Prejudice and
                                          ) Order Thereon
13        vs.                             )
                                          )
14 SCME MORTGAGE BANKERS, INC., GMAC, INC., )
   COUNTRYWIDE BANK (now BANK OF AMERICA,  )
15 INC.),   HOMECOMINGS FINANCIAL, DOES    )
   1 – 10, DOE CORPORATIONS 1 – 10, Inclusive, )
16                                        )
                              Defendants. )
17                                        )

18

19     Plaintiffs hereby move this Court for a dismissal, without prejudice, of the above-entitled matter.

20 Dated this 24th day of February, 2010.          LAW OFFICES OF DEBORAH J. PIMENTEL

21

22                                                  /s/
                                                   Deborah J. Pimentel, Attorney for Plaintiffs
23

24     GOOD CAUSE APPEARING, it is HEREBY ORDERED that the within matter is dismissed

25 without prejudice and all future dates are withdrawn.

26 Dated:    2/26/10

27                                                 _____
                                                   THE HON. EDWARD M. CHEN
28                                                 U.S. MAGISTRATE JUDGE

---
Acidera v. SCME Mortgage Bankers, et al.
Plaintiff's Motion to Dismiss without Prejudice and Order Thereon
                                          1

*IT IS SO ORDERED*
*Judge Edward M. Chen*